UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
   :
TRACON PHARMACEUTICALS, INC.,                :
   :
                 Movant,   :
   :   22-MC-0153 (JMF)
     -v-   :
   :   <u>ORDER</u>
I-MAB BIOPHARMA,   :
   :
                 Respondent.   :
   :
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       On June 7, 2022, Movant TRACON Pharmaceuticals, Inc. filed a motion to quash a subpoena served by Respondent I-Mab Biopharma in connection with a lawsuit pending in the United States District Court for the Delaware, *I-Mab Biopharma v. Inhibrx, Inc.*, No. 22-CV-0276 (D. Del.). ECF No. 1. Based on a quick review of the motion papers, the Court is inclined to believe that the issues are more appropriately decided by the judge presiding over the underlying matter and that transfer to the District of Delaware pursuant to Rule 45(f) of the Federal Rules of Civil Procedure would therefore be appropriate. **No later than June 17, 2022, Movant shall file a letter indicating whether it would consent to such transfer.**

       Unless and until the Court orders otherwise, no later than **June 10, 2022**, Movants shall serve this Order and (unless already served) its motion papers, both electronically and by overnight courier, on Respondent and on all Parties in the Delaware action and file proof of such service on the docket. Any opposition to the motion — including any opposition by other Parties in the Delaware action — shall be filed no later than **June 24, 2022**. No reply may be filed absent leave of Court.

       SO ORDERED.

Dated: June 8, 2022
       New York, New York
                                                        JESSE M. FURMAN
                                                     United States District Judge